[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JAN 13 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth Mitchell )
_____ )
Plaintiff(s), )
Chicago Transit Authority )
v. Local 241 )
_____ )
Tony Betts Maro Demello )
)
Defendant(s). )

Case Number: _____

23cv197
Judge ALonso
Magistrate Judge Finnegan
CAT 2/RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Kenneth Mitchell** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Chicago Transit Authority Local 241 Tony Betts Maro Demello** whose street address is **567 W. Lake**,
(city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60609**
(Defendant's telephone number) (\_\_\_) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address) **567 W. Lake** (city) **Chicago**
(county) **Cook** (state) **Illinois** (ZIP code) **60609**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) January, (day) 23, (year) 2020.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i) ☐ the United States Equal Employment Opportunity Commission, on or about

      (month)_____ (day)_____ (year)_____.

      (ii) ☒ the Illinois Department of Human Rights, on or about

      (month) 1 (day) 30 (year) 2020.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) __1__ (day) __13__ (year) __2023__

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) __11__ (day) __15__ (year) __2022__.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __11__ (day) __22__ (year) __2022__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): _Double Jeopardy to Charge._

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

It was said I was sleep at one place. The video tape showed I wasn't. So Mr. Betts and Pemello, look on another Street. and took me out Service.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

age, weight. I was refered to the Sleep apnea Program. Which a punishment for Six Months. Where I was denied to make a full living.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a)   ☐  Direct the defendant to hire the plaintiff.

   (b)   ☐  Direct the defendant to re-employ the plaintiff.

   (c)   ☐  Direct the defendant to promote the plaintiff.

   (d)   ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e)   ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f)   ☒  Direct the defendant to (specify): To Compensate for the Time Off and Clear my name.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Kenneth Mitchell_
(Plaintiff's signature)

KENNETH Mitchell
(Plaintiff's name)

9000 S. Lowe
(Plaintiff's street address)

(City) Chicago (State) Ill (ZIP) 60620

(Plaintiff's telephone number) (773) - 727-4297

Date: 1/13/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

*Chicago Transit Authority*
*Interview Record*

## Interview Details

| | | | |
|---|---|---|---|
| Employee Name: | Mitchell, Kenneth E. | Badge Number: | 38939 |
| Run #: | 841 | Date: | 01-22-2020 |
| Route Number: | 82 | Vehicle Number: | 1671 |
| Direction: | South | | |
| Location: | 3333 W Touhy Ave, Lincolnwood, IL 60712, USA | | |
| Interview Type: | Safety | | |
| Missed Hours: | 0:00 | Reported Hours: | 0:00 |
| Worked?: | Yes | Called: | 0:00 |
| Interview Date: | 01-22-2020 | | |
| Interview Start Time: | 15:15 | | |
| Reference: | 2020-Ked-BO-00109 | | |
| Performance Type: | Safety Viol | | |
| Incident Type: | Safety Viol | | |
| Blind Case #: | 20-02304808 | | |

## Policy Details

As a result of the event(s) shown above, 0.0 points were added under this policy. This brings the total accumulation to 0.0 and resulted in the administrative action(s) shown below. Details of the total accumulation are shown in the table to the right.

**Accumulation Within This Period**

| Date Charged | Points |
|---|---|
| 01-22-2020 | 0.0 |
| 09-20-2018 | 0.0 |
| 04-13-2018 | 0.0 |
| 02-15-2018 | 0.0 |

**Bulletins Violated**

**System Rules Violated**

**SOPs Violated**

**General Rules Violated**

**Employee Comments**
Per customer service, a customer called in stating that she observed the operator falling asleep at the wheel, Southbound at Lincolnwood Mall. The operator was notified via centercom to notify the Control Center. The operator called the Control Center and was instructed to stand and wait for supervision. The operator was interviewed by CTA Supervisor Anderson K77. The operator was transported back to the Kedzie Garage by supervision, interviewed, and ordered to submit to a reasonable suspicion. Record card noted.

**Manager Comments**
The operator has been removed from service and has been referred to medical for further case disposition. The operator has been instructed to Call Deshone Maddox at 312-681-2253 for medical instructions.

### Decision Details

| Manager's Decision | Action Taken |
|---|---|
| Pending further investigation | Not Charged |
| Employee Advised of Medical Provider? | Action Taken By |
| Yes | RMitchell |

Date Employee is to Report Back to Work

Signature of Action Initiator

Signature of Employee

SDO

Sun, Fri, Sat

Union Representative

Date

| F.L.S.A. Time: | 0s | | | ☑ On Duty | ☐ Off Duty |
|---|---|---|---|---|---|
| Waiting Hours | Start Hours | End Hours | Pay | Manager's Initial | Garage/Terminal |
| 0s | 0:00 | 0:00 | 0s | | Kedzie - STO |

http://tops-ops:9669/ReportCenterServer

1/7/2023